(No. 968— )

LAVERNE MCPHERSON, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed September 10, 1929.*

VIRGIL M. JACOBY, for claimant.

OSCAR E. CARLSTROM, Attorney General; ROY D. JOHNSON, Assistant Attorney General, for respondent.

Mr. CHIEF JUSTICE CLARITY delivered the opinion of the court:

This cause coming on to be heard upon motion of the Attorney General to show cause why this cause should not be dismissed for want of prosecution, and the court being fully advised in the premises, it is thereupon, this 10th day of September, 1929, ordered that the said cause be and the same is hereby dismissed for want of prosecution.